# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

ROGER TEJON, individually and on behalf of all
others similarly situated,

       **Case No. 25-cv-61788-Ruiz**

   *Plaintiff*,

vs.

AMERICA EXPRESS COMPANY.,

   *Defendant*.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Roger Tejon, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims.  Plaintiff and Defendant are in the process of finalizing their settlement agreement.  Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: October 13, 2025

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By:     <u>*/s/ Andrew J. Shamis*</u>
Andrew J. Shamis, Esq.
Florida Bar No. 101754

*Counsel for Plaintiff and the Class*